UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

---------------------------------------------------------------X

Virginia Deckelmann as Personal Representative
of the Estate of Richard Deckelmann, Deceased;

Virginia Deckelmann, as the Spouse of
Richard Deckelmann, Deceased;

Ralph Demato, as Personal Representative of
the Estate of Carole Demato, Deceased;

Ralph Demato, as the Spouse of
Carole Demato, Deceased;

Angela DePalma, as Personal Representative
of the Estate of Donald R Luke, Deceased;

Angela DePalma, as the Spouse of
Donald R Luke, Deceased;

Paula M DiBernardo, as Personal Representative
of the Estate of Paula M DiBernardo Deceased;

Paula M DiBernardo as the Daughter of
Paula M DiBernardo, Deceased;

Lucy Digiacomo, as Personal Representative of
the Estate of Mathew Digiacomo, Deceased;

Lucy Digiacomo, as Spouse of
Mathew Digiacomo, Deceased;

Eulalia DiMaria, as Personal Representative
of the Estate of Nicole DiMaria, Deceased;

3- MDL-1570 (GBD)(SN)

1:18-cv-12143 (GBD)(SN)

SAUDI ARABIA SHORT FORM
COMPLAINT AND DEMAND

FOR TRIAL BY JURY

1

Eulalia DiMaria, as the Spouse of
Nicole DiMaria, Deceased;

Katya Dimarsky, as Personal Representative of the
Estate of Michael Lvovsky, Deceased;

Katya Dimarsky, as the Spouse of
Michael Lvovsky, Deceased;

Joan Dixon, as Personal Representative
of the Estate of Ernest Dixon, Deceased;

Joan Dixon, as the Spouse of
Ernest Dixon, Deceased;

Marie Donovan, as Personal Representative of
the Estate of Russell Donovan Sr. Deceased;

Marie Donovan, as the Spouse of
Russell Donovan Sr., Deceased;

Martha Drasny, as Personal Representative of
the Estate of Ronald Clapp, Deceased;

Martha Drasny, as the Spouse of
Ronald Clapp, Deceased;

Linda Drysielski, as Personal Representative of
the Estate of Clifford Drysielski, Deceased;

Linda Drysielski, as Spouse of
Clifford Drysielski, Deceased;

Caren Duda, as Personal Representative
Of the Estate of Barbara Conrad, Deceased;

Caren Duda, as the Spouse of
Barbara Conrad, Deceased;

2

Anthony Duroseau, as Personal Representative of
the Estate of Elia Duroseau, Deceased;

Anthony Duroseau, as the Son of
Elia Duroseau, Deceased;

Arleah Edwards, as Personal Representative of
the Estate of Alfred Edwards, Deceased;

Arleah Edwards, as the Spouse of
Alfred Edwards, Deceased;

Gail Ellerson, as Personal Representative of
the Estate of Brian Ellerson, Deceased;

Gail Ellerson, as the Spouse of
Brian Ellerson, Deceased;

Tyesha Epps, as Personal Representative
of the Estate of Ella Mae Epps, Deceased;

Tyesha Epps, as the Grand-Daughter of
Ella Mae Epps, Deceased;

Michael Esposito, as Personal Representative of
the Estate of Patrice A Capo, Deceased;

Michael Esposito, as the Son of
Patrice A Capo, Deceased;

Rosalind Evans, as Personal Representative of
the Estate of Raleith Evans, Deceased;

3

Rosalind Evans, as the Spouse of
Raleith Evans, Deceased;

Bella Evina, as Personal Representative of
the Estate of Boris Evina, Deceased;

Bella Evina, as the Spouse of
Boris Evina, Deceased;

Joseph Fasolino, as Personal Representative
of the Estate of Joseph Fasolino, Deceased;

Joseph Fasolino, as the Son of
Joseph Fasolino, Deceased;

Jonathan J Ferguson, as Personal Representative
of the Estate of James W Ferguson, Deceased;

Jonathan J Ferguson, as the Son of
James W Ferguson, Deceased;

Robin Finegold, as Personal Representative
Of the Estate of Jonathan Finegold, Deceased;

Robin Finegold, as the Spouse of
Jonathan Finegold, Deceased;

Joseph Fleurantin, as Personal Representative
of the Estate of Mildred Lambert, Deceased;

Joseph Fleurantin, as the Spouse of
Mildred Lambert, Deceased;

Sabrina Florencia, as Personal Representative of
the Estate of Aldo Florencia, Deceased;

Sabrina Florencia, as the Daughter of
Aldo Florencia, Deceased;

David Frankel, as Personal Representative of
the Estate of Adele Frankel, Deceased;

David Frankel, as the Son of
Adele Frankel, Deceased;

Ana Gabriel, as Personal Representative of
the Estate of Jean Gabriel, Deceased;

Ana Gabriel, as the Spouse of
Jean Gabriel, Deceased;

Wendy Gagliardi, as Personal Representative
of the Estate of Michael Gagliardi, Deceased;

Wendy Gagliardi, as the Spouse of
Michael Gagliardi, Deceased;

Batsheva Gamoran, as Personal Representative of
the Estate of Benjamin Gamoran, Deceased;

Batsheva Gamoran, as the Spouse of
Benjamin Gamoran, Deceased;

John Garby, as Personal Representative of
the Estate of Patricia Garby, Deceased;

John Garby, as the Spouse of
Patricia Garby, Deceased;

Noga Garrison, as Personal Representative of
the Estate of Milton Garrison, Deceased;

Noga Garrison, as the Spouse of
Milton Garrison, Deceased;

Dana Gervais, as Personal Representative of
the Estate of Geoffrey Ford, Deceased;

Dana Gervais, as the Spouse of
Geoffrey Ford, Deceased;

Denise Giacinto, as Personal Representative of
the Estate of Joseph Giacinto, Deceased;

Denise Giacinto, as the Daughter of
Joseph Giacinto, Deceased;

Dominique Godefroy, as Personal Representative of
the Estate of Danielle Devow, Deceased;

Dominique Godefroy, as the Spouse of
Danielle Devow, Deceased;

Christina Goldberg, as Personal Representative of
the Estate of Charles Rizzo, Deceased;

Christina Goldberg, as the Daughter of
Charles Rizzo, Deceased;

Phyllis Goldstein, as Personal Representative of
the Estate of Lawrence Goldstein, Deceased;

Phyllis Goldstein, as the Spouse of
Lawrence Goldstein, Deceased;

6

Janet Grace Grado-Garland, as Personal Representative
of the Estate of Paul Grado, Deceased;

Janet Grace Grado-Garland,
as the Spouse of Paul Grado, Deceased;

Etta Grant, as Personal Representative of
the Estate of Mildred Williams Deceased;

Etta Grant, as the Daughter-in-law of
Mildred Williams, Deceased;

Rosemary Greco, as Personal Representative
of the Estate of Albert Greco, Deceased;

Rosemary Greco, as the Spouse of
Albert Greco, Deceased;

Marlena Greggi, as Personal Representative of
the Estate of Victor Greggi Jr., Deceased;

Marlena Greggi, as the Spouse of
Victor Greggi Jr., Deceased;

William Grimshaw, as Personal Representative of
the Estate of Kathleen O'Brien, Deceased;

William Grimshaw, as the Spouse of
Kathleen O'Brien, Deceased;

Tamara Hall, as Personal Representative of
the Estate of Margaret Marsala, Deceased;

Tamara Hall, as the Daughter of
Margaret Marsala, Deceased;

Nashika Halsey, as Personal Representative of
the Estate of Pamela Halsey, Deceased;

Nashika Halsey, as the Daughter of
Pamela Halsey, Deceased;

Mervin Harding, as Personal Representative of
the Estate of Michelle Harding, Deceased;

Mervin Harding, as the Spouse of
Michelle Harding, Deceased;

Sean Haskins, as Personal Representative of
the Estate of Doretha Haskins, Deceased;

Sean Haskins, as the Son of
Doretha Haskins, Deceased;

Wenda Heaney as Personal Representative
of the Estate of Barry Heaney, Deceased;

Wenda Heaney as
as the Spouse of Barry Heaney, Deceased;

John Hemmy, as Personal Representative of
the Estate of Lori Hemmy, Deceased;

John Hemmy, as the Spouse of
Lori Hemmy, Deceased;

Shiela Hofmann, as Personal Representative of
the Estate of Anne Hoffman, Deceased;

8

Shiela Hofmann, as the Sister-in-law of
Anne Hoffman, Deceased;

Derek Howard, as Personal Representative of
the Estate of Robert Howard, Deceased;

Derek Howard, as the Nephew of
Robert Howard, Deceased;

Sheena Hudson, as Personal Representative
of the Estate of Saundra Hudson, Deceased;

Sheena Hudson, as the Daughter of
Saundra Hudson, Deceased;

Karen Jackson, as Personal Representative of
the Estate of Margaret Jackson, Deceased;

Karen Jackson, as the Daughter of
Margaret Jackson, Deceased;

**PLAINTIFFS,**

**V.**

**KINGDOM OF SAUDI ARABIA**

**DEFENDANT**

-----------------------------------------------------------------X

Plaintiffs named herein by and through the undersigned counsel file this Short Form

Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September

11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and

approved by the Court's Order of July 10, 2018, ECF N. 4540. Each Plaintiff incorporates

9

by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

[X]    28. U.S.C. § 1605(a)(5) (non-commercial tort exception)

[X]    28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

[X]    28 U.S.C. § 1330 (actions against foreign states)

[X]    Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):

_____

## CAUSES OF ACTION

3.    Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

[X]    **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**

    [X]    COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

    [X]    COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

    [X]    COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

    [X] COUNT IV – Wrongful Death.

    [X]    COUNT VI – Alien Tort Claims Act.

    [X]    COUNT VII – Assault and Battery.

    [X]    COUNT VIII – Conspiracy.

    [X]    COUNT IX – Aiding and Abetting.

    [X]    COUNT X – Intentional Infliction of Emotional Distress.

    [X]    COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

    [X]    COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

    [X]    COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

    [X]    COUNT XV – Trespass.

[X]    COUNT XVI – Violations of International Law.

[ ]    **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF**
**No. 1 (check all causes of action that apply)**

        [ ]    First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

        [ ]    First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

        [ ]    Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

        [ ]    Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

        [ ]    Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

        [ ]    Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

[ ]    Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia:

_____

_____

_____

## IDENTIFICATION OF PLAINTIFFS

4.    The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

        a.    The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

        b.    Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

12

c.  As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d.  For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e.  For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5.  The Defendants named in this Saudi Arabia Short Form Complaint are the

Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia &

Herzegovina.

## NO WAIVER OF OTHER CLAIMS

6       By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7.       By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8.       Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.


Dated: _12/26/2018_____


                              Respectfully Submitted on behalf of the Plaintiffs,


                              _____

                              By: Aoife-Roisin Nora Bourke, Esq.
                              The Marc J. Bern & Partners, LLP
                              60 East 42nd Street, Suite 932
                              New York, NY 10165
                              Tel: 212-552-9205
                              Fax: 212-227-4141
                              Email: abourke@bernllp.com
                              Counsel for Plaintiff(s)

Defendant:

**KINGDOM OF SAUDI ARABIA**

c/o Michael K. Kellogg, Esq.

Kellogg, Hansen, Todd, Figel & Frederick, L.L.C.

*Attorneys for Kingdom of Saudi Arabia*

1615 M Street N.W. Suite 400

Washington, DC 20036-3215

Tel: 202-326-7900


14